

FILED

SEP 19 2016

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 14-112-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| KRISTOFER MIKAL WRIGHT, | |
| Defendant. | |

On September 12, 2016, the Court received from Defendant Wright, acting *pro se*, a notice of appeal and a motion to reconsider the sentence.

The notice of appeal is moot because Wright's counsel filed a notice of appeal on September 5, 2016 (Doc. 109). Filing of the notice of appeal divested this Court of jurisdiction to entertain motions to reconsider or amend Wright's sentence. *United States v. Najjor*, 255 F.3d 979, 983 (9th Cir. 2001). Wright must present his arguments to the Court of Appeals, not to this Court.

Accordingly, IT IS HEREBY ORDERED that Wright's motion for reconsideration (Doc. 112) is DISMISSED for lack of jurisdiction.

DATED this 16th day of September, 2016.

Susan P. Watters
United States District Court