

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 14-112-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| KRISTOFER MIKAL WRIGHT, | |
| Defendant. | |

On February 10, 2017, Defendant Wright moved the Court to order the United States to return property to him under Fed. R. Crim. P. 41(g). An appeal is pending. *See United States v. Wright*, No. 16-30206 (9th Cir. filed Sept. 6, 2016). If further proceedings are required, the items Wright seeks to have returned may have evidentiary value. It is not appropriate for the Court to consider returning the property at this time.

The parties, however, "must confer to identify non-contraband property in federal custody or control that may be returned to the defendant . . . and to accomplish return of the property." *See* D. Mont. L.R. CR 41.1.

1

Accordingly, IT IS HEREBY ORDERED that Wright's motion (Doc. 125) is DENIED.

DATED this 18th day of February, 2017.

Susan P. Watters
United States District Court